UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

OLIVER CASEY ESPARZA, et. al.,

                               Plaintiffs,

        -against-

THE CITY OF NEW YORK, et. al.,

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

25 Civ. 3815 (DLC)

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:       New York, New York
               August 14, 2025

                                   MURIEL GOODE-TRUFANT
                                   Corporation Counsel of the
                                     City of New York
                                   *Attorney for Defendant City of New York*
                                   100 Church Street
                                   New York, New York 10007
                                   (212) 356-3519

                             By:    /s/  Mark D. Zuckerman
                                      MARK D. ZUCKERMAN