UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

OLIVER CASEY ESPARZA, et al.,

                                    Plaintiffs,

        -against-

THE CITY OF NEW YORK, et al.,

                                    Defendants.

------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

25 Civ. 3815 (DLC)

        **PLEASE TAKE NOTICE** that John McLaughlin, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for the City of New York. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:        New York, New York
                  August 21, 2025

                                        MURIEL GOODE-TRUFANT
                                        Corporation Counsel of the City of
                                          New York
                                        *Attorney for Defendant City of New York*
                                        100 Church Street,
                                        New York, New York 10007
                                        P: (212) 356-2657

                                By:    *John McLaughlin* /s/
                                          John McLaughlin
                                          *Assistant Corporation Counsel*