UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CASEY ESPARZA, et. al.,

                                    Plaintiffs,    **NOTICE OF MOTION**

          -against-

THE CITY OF NEW YORK, et. al.,                 **25 CV 3815 (DLC)**

                                  Defendants.

------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that that upon defendants' Memorandum of Law, dated October 6, 2025; and upon all prior pleadings and proceedings had herein, defendants City of New York, Jessica Tisch, Thomas Donlon, Edward Caban, Keechant Sewell, Thomas Keller, Jonathan Pessoa, Giovanni Martino, Kenney Vega and Shaye Lall, will move this Court, before the Hon. Denise Cote, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl St., New York, New York 10007, at a date and time to be determined, for the dismissal of plaintiffs' Amended Complaint in its entirety with prejudice, pursuant to Rule 12(b)(5) (as to all claims against Thomas Keller and Jonathan Pessoa); Rule 12(b)(1), Fed. R. Civ. P. for lack of subject matter jurisdiction (claims for injunctive relief); pursuant to Rule 12(b)(6), Fed. R. Civ. P. for failure to state a claim; and pursuant to Rule 12(f), Fed. R. Civ. P. for the striking of plaintiffs' class allegations; and for such other and further relief as the Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE**, that, plaintiffs are to serve their opposition papers on the undersigned on or before October 20, 2025; and

**PLEASE TAKE FURTHER NOTICE** that the moving defendants are to serve their reply papers on or before October 27, 2025.

Dated:     New York, New York
           October 6, 2025

>           MURIEL GOODE-TRUFANT
>           Corporation Counsel of the
>             City of New York
>           Attorney for Defendants City of New York, Jessica Tisch, Thomas Donlon, Edward Caban, Keechant Sewell, Thomas Keller, Jonathan Pessoa, Shaye Lall, Giovanni Martino and Kenney Vega
>           100 Church Street, Room 3-200
>           New York, New York 10007
>           (212) 356-3519
>
>           By:     /s/ Mark D. Zuckerman
>                   MARK D. ZUCKERMAN
>                   JACK MCLAUGHLIN