```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
OLIVER CASEY ESPARZA, et al.,         :
                                      :   25cv3815(DLC)
                        Plaintiffs,   :
            -v-                       :
                                      :        ORDER
CITY OF NEW YORK, et al.,             :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On October 6, 2025, defendants filed a motion to dismiss the first amended complaint pursuant to Rule 12(b)(1), 12(b)(2), and 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiffs shall file any amended complaint by **October 24, 2025.** It is unlikely that plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiffs shall file any opposition to the motion to dismiss by **October 24, 2025.** Defendants' reply, if any, shall be filed by **October 31, 2025.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for **January 23, 2026,** is adjourned <u>sine die</u>.

Dated:   New York, New York
         October 7, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge