# WANG HECKER LLP

111 BROADWAY, SUITE 1406
NEW YORK, NEW YORK 10006

ALEXANDER GOLDENBERG
212 620 2607 TEL
212 620 2610 FAX

AGOLDENBERG@WANGHECKER.COM

October 21, 2025

**By ECF**

Honorable Denise L. Cote
United States District Judge
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Casey Esparza v. City of New York et al.*, 25 Civ. 3815 (DLC)

Dear Judge Cote:

This firm represents Plaintiffs in the above-referenced matter. We respectfully write to request an extension of time to respond to Defendants' pending Motion to Dismiss.

Plaintiffs filed their Complaint on May 7, 2025 (ECF No. 1), and their Amended Complaint on July 30, 2025 (ECF No. 15). On October 5, 2025, Defendants filed a Motion to Dismiss raising numerous discrete legal and factual issues (ECF No. 53). On October 7, 2025, Your Honor entered an Order directing Plaintiffs to file either an opposition or a second amended complaint no later than October 24, 2025 (ECF No. 55).

Plaintiffs hereby request an extension of twenty-one (21) days to file their opposition or amended complaint, as we evaluate both our arguments in opposition and ways to narrow the issues in dispute. The current response deadline is October 24, 2025. The new response deadline would be November 14, 2025. This is Plaintiffs' first request for an extension. The extension would not affect other deadlines in the case. Defendants consent to this request.

We thank Your Honor for your consideration of this letter.

Respectfully Submitted,

Alexander Goldenberg

*[Handwritten endorsement:]* Granted. There shall be no further extension.
/s/ Denise Cote
10/22/25