```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
OLIVER CASEY ESPARZA, et al.,             :
                                          :     25cv3815(DLC)
                             Plaintiffs,  :
              -v-                         :
                                          :         ORDER
CITY OF NEW YORK, et al.,                 :
                                          :
                             Defendants.  :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Order of October 22, 2025 granted plaintiffs' request for an extension of the deadline to file any amended complaint or opposition to the motion to dismiss to November 14, 2025. It is unlikely that plaintiffs will have a further opportunity to amend. Accordingly, it is hereby

ORDERED that, in the event the plaintiffs file on November 14 an opposition to the motion to dismiss, defendants' reply, if any, shall be filed by **December 5, 2025.**

IT IS FURTHER ORDERED that, in the event the plaintiffs file a second amended complaint on November 14, any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by **December 12, 2025**
- Opposition served by **January 9, 2026**
- Reply served by **January 23, 2026**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500

Pearl Street, New York, New York.

Dated:    New York, New York
          October 23, 2025

                                     _____
                                         DENISE COTE
                                    United States District Judge