```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
OLIVER CASEY ESPARZA, et al.,           :
                                        :       25cv3815(DLC)
                        Plaintiffs,     :
             -v-                        :
                                        :          ORDER
CITY OF NEW YORK, et al.,               :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 6, 2025, defendants filed a motion to dismiss the first amended complaint pursuant to Rule 12(b)(1), 12(b)(2), and 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiffs shall file any amended complaint by **October 24, 2025.** It is unlikely that plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiffs shall file any opposition to the motion to dismiss by **October 24, 2025.** Defendants' reply, if any, shall be filed by **October 31, 2025.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for **January 23, 2026,** is adjourned sine die.

Dated:    New York, New York
         October 7, 2025

                                   _____
                                        DENISE COTE
                                   United States District Judge

Case 1:25-cv-03815-DLC Document 57 Filed 10/22/25 Page 1 of 1
Case 1:25-cv-03815-DLC Document 59-1 Filed 11/14/25 Page 3 of 3
Case 1:25-cv-03815-DLC Document 56 Filed 10/21/25 Page 1 of 1

**WANG HECKER LLP**

111 BROADWAY, SUITE 1406
NEW YORK, NEW YORK 10006

ALEXANDER GOLDENBERG
212 620 2607 TEL
212 620 2610 FAX

AGOLDENBERG@WANGHECKER.COM

October 21, 2025

**By ECF**

Honorable Denise L. Cote
United States District Judge
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Casey Esparza v. City of New York et al.*, 25 Civ. 3815 (DLC)

Dear Judge Cote:

      This firm represents Plaintiffs in the above-referenced matter. We respectfully write to request an extension of time to respond to Defendants' pending Motion to Dismiss.

      Plaintiffs filed their Complaint on May 7, 2025 (ECF No. 1), and their Amended Complaint on July 30, 2025 (ECF No. 15). On October 5, 2025, Defendants filed a Motion to Dismiss raising numerous discrete legal and factual issues (ECF No. 53). On October 7, 2025, Your Honor entered an Order directing Plaintiffs to file either an opposition or a second amended complaint no later than October 24, 2025 (ECF No. 55).

      Plaintiffs hereby request an extension of twenty-one (21) days to file their opposition or amended complaint, as we evaluate both our arguments in opposition and ways to narrow the issues in dispute. The current response deadline is October 24, 2025. The new response deadline would be November 14, 2025. This is Plaintiffs' first request for an extension. The extension would not affect other deadlines in the case. Defendants consent to this request.

      We thank Your Honor for your consideration of this letter.

Respectfully Submitted,

*/s/ Alex Goldenberg*

Alexander Goldenberg

*Granted. There shall be no further extension.*

*Denise Cote*
*10/22/25*