UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLIVER CASEY ESPARZA; PHILLIP NASRALLAH; WILLIAM THOMAS BLOXHAM; ANKIT GUPTA; JAY HARPER; RICHARD LEE; and KATHERINE PENDER, on their own behalf and on behalf of others similarly situated,

                      Plaintiffs,

v.

CITY OF NEW YORK; JESSICA S. TISCH;
POLICE OFFICER KENNEY F. VEGA;
POLICE OFFICER JONATHAN A. PESSOA;
POLICE OFFICER THOMAS J. KELLER;
POLICE OFFICER GIOVANNI P. MARTINO;
POLICE OFFICER SHAYE LALL;
and JOHN/JANE DOES 1-100,

                      Defendants.

Case No. 25 Civ. 3815 (DLC)

**NOTICE OF APPEARANCE**

---

        PLEASE TAKE NOTICE that Lily Sawyer-Kaplan of Wang Hecker LLP, with offices located at 111 Broadway, Suite 1406, New York, NY 10006, hereby appears on behalf of Plaintiffs in the above-captioned matter.

        I hereby certify that I am admitted to practice before this Court.

Dated: November 19, 2025
       New York, New York

                              Respectfully submitted,

                              By:    /s/ Lily Sawyer-Kaplan
                                    Lily Sawyer-Kaplan
                                    WANG HECKER LLP
                                    111 Broadway, Suite 1406
                                    New York, New York 10006
                                    Telephone:  (212) 620-2600
                                    Facsimile:   (212) 620-2610
                                    Email:        lsawyerkaplan@wanghecker.com
                                    *Attorney for Plaintiffs*