# Wang Hecker LLP

111 Broadway, Suite 1406
New York, New York 10006

Alexander Goldenberg
212 620 2607 tel
212 620 2610 fax

agoldenberg@wanghecker.com

January 2, 2026

**By ECF**

Honorable Denise L. Cote
United States District Judge
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Casey Esparza v. City of New York et al.*, 25 Civ. 3815 (DLC)

Dear Judge Cote:

      This firm represents Plaintiffs in the above-referenced matter. Pursuant to Your Honor's Order dated October 23, 2025, ECF No. 58, Plaintiffs' response to Defendants' pending Motion to Dismiss is due by January 9, 2026. We write respectfully to request permission to file an oversized brief of up to 10,250 words, an addition of 1,500 words beyond the 8,750-word limit in Local Civil Rule 7.1(c). Defendants consent to this request.

      Plaintiffs seek leave to submit a longer brief because Defendants' brief raises numerous discrete issues, including substantive challenges to each of Plaintiffs' causes of action, along with challenges to Plaintiffs' *Monell* claim, standing, and class action allegations that raise significant legal and factual issues. Plaintiffs are attempting to be as concise as possible with respect to each issue but also require sufficient space to address Defendants' arguments effectively. For these reasons, Plaintiffs seek leave to file an opposition brief of up to 10,250 words.

      We thank Your Honor for your consideration of this letter.

                                               Respectfully Submitted,

                                               Alexander Goldenberg