**WANG HECKER LLP**

111 BROADWAY, SUITE 1406
NEW YORK, NEW YORK 10006

ALEXANDER GOLDENBERG
212 620 2607 TEL
212 620 2610 FAX

agoldenberg@wanghecker.com

January 9, 2026

**By ECF**

Honorable Denise L. Cote
United States District Judge
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Casey Esparza v. City of New York et al.*, 25 Civ. 3815 (DLC)
             Request for Oral Argument

Dear Judge Cote:

    This firm represents Plaintiffs in the above-referenced matter. Pursuant to 4(F) of Your Honor's Individual Practices in Civil Cases, Plaintiffs hereby respectfully request oral argument on Defendants' pending Motion to Dismiss.

    We thank Your Honor for your consideration of this letter.

                                      Respectfully Submitted,

                                      Alexander Goldenberg