UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLIVER CASEY ESPARZA; PHILLIP NASRALLAH; WILLIAM THOMAS BLOXHAM; ANKIT GUPTA; JAY HARPER; RICHARD LEE; and KATHERINE PENDER, on their own behalf and on behalf of others similarly situated,

    Plaintiffs,

v.

CITY OF NEW YORK; JESSICA S. TISCH; POLICE OFFICER KENNEY F. VEGA; POLICE OFFICER JONATHAN A. PESSOA; POLICE OFFICER THOMAS J. KELLER; POLICE OFFICER GIOVANNI P. MARTINO; POLICE OFFICER SHAYE LALL; and JOHN/JANE DOES 1-100,

    Defendants.

Case No. 25 Civ. 3815 (DLC)

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that Jahne Brown of Wang Hecker LLP, with offices located at 111 Broadway, Suite 1406, New York, NY 10006, hereby appears on behalf of Plaintiffs in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: February 17, 2026
      New York, New York

Respectfully submitted,

By:   /s/ Jahne Brown
      Jahne Brown
      WANG HECKER LLP
      111 Broadway, Suite 1406
      New York, New York 10006
      Telephone: (212) 620-2600
      Facsimile: (212) 620-2610
      Email: jbrown@wanghecker.com
      *Attorney for Plaintiffs*