**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
 OLIVER CASEY ESPARZA, et al.,

                                        Plaintiffs,

          -against-                                   25 **CIVIL** 3815 (DLC)

                                                      <u>**JUDGMENT**</u>

CITY OF NEW YORK, et al.,

                                        Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 6, 2026, the defendants' November 18, 2025 motion to

dismiss is granted. Judgment is entered for the defendants on the § 1983 claim. The state law

claims are dismissed without prejudice to being refiled in state court; accordingly, the case is

closed.

**Dated:** New York, New York

          March 9, 2026


                                        **TAMMI M. HELLWIG**
                                        _____
                                           **Clerk of Court**


                            **BY:**  _____
                                        **Deputy Clerk**