# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Oliver Casey Esparza; Phillip Nasrallah; William Thomas Bloxham; Ankit Gupta; Jay Harper; Richard Lee; and Katherine Pender,

on their own behalf and on behalf of others similarly situated,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

City of New York; Jessica S. Tisch; Police Officer Kenney F. Vega; Police Officer Jonathan A Pessoa; Police Officer Thomas J. Keller;

Police Officer Giovanni P. Martino; Police Officer Shaye Lall; and John/Jane Does 1-100,

(List the full name(s) of the defendant(s)/respondent(s).)

25 CV 3815 (DLC)(    )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Oliver Casey Esparza; Phillip Nasrallah; William Thomas Bloxham;

Ankit Gupta; Jay Harper; Richard Lee; and Katherine Pender, on their own behalf and on behalf of others similarly situated,

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the    ☑ judgment    ☐ order    entered on:    **March 9, 2026**

(date that judgment or order was entered on docket)

that:

granted Defendants' motion to dismiss the Amended Complaint for failure to state a claim

under Federal Rule 12(b)(6)

(If the appeal is from an order, provide a brief description above of the decision in the order.)

March 31, 2026

Dated

Signature

Goldenberg, Alexander

Name (Last, First, MI)

| 111 Broadway, Suite 1406 | New York | NY | 10006 |
|---|---|---|---|
| Address | City | State | Zip Code |

212-620-2607

Telephone Number

agoldenberg@wanghecker.com

E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13