UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLIVER CASEY ESPARZA; PHILLIP NASRALLAH;
WILLIAM THOMAS BLOXHAM; ANKIT GUPTA; JAY
HARPER; RICHARD LEE; and KATHERINE PENDER,
on their own behalf and on behalf of others similarly
situated,

                Plaintiffs,

      v.

CITY OF NEW YORK; JESSICA S. TISCH;
THOMAS G. DONLON; EDWARD CABAN;
KEECHANT SEWELL;
POLICE OFFICER KENNEY F. VEGA;
POLICE OFFICER JONATHAN A. PESSOA;
POLICE OFFICER THOMAS J. KELLER;
POLICE OFFICER GIOVANNI P. MARTINO;
POLICE OFFICER SHAYE LALL;
and JOHN/JANE DOES 1-100,

                Defendants.

Case No. 25 Civ. 3815 (DLC)

---

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the

Southern and Eastern Districts of New York, Plaintiffs respectfully requests that Jahne Brown be

permitted to withdraw as counsel in the above-captioned matter as a result of her departure from

Wang Hecker LLP.  Ms. Brown's withdrawal will not delay the matter or prejudice any party,

and she is not retaining or charging a lien.  Wang Hecker LLP will continue to represent

Plaintiffs in this matter, including attorneys Mariann Wang, Alexander Goldenberg, Daniel

Mullkoff, and Lily Sawyer-Kaplan.

Dated: New York, New York
       August 07, 2026


                                    By: /s/ Jahne Brown
                                        Jahne Brown