1:25-cv-03815-DLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/2026

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of August, two thousand twenty-six,

---

Oliver Casey Esparza, on his own behalf and on behalf of others similarly situated, Phillip Nasrallah, Jay Harper, Richard Lee, William Thomas Bloxham, Ankit Gupta, Katherine Pender,

Plaintiffs - Appellants,

v.

City of New York, Jessica Tisch, Police Officer Kenney F. Vega, John/Jane Does 1-100, Police Officer Jonathan A. Pessoa, Police Officer Thomas J. Keller, Police Officer Giovanni P. Martino, Police Officer Shaye Lall,

Defendants - Appellees,

Thomas G. Donlon, Edward A. Caban, Keechant Sewell,

Defendants.

---

**ORDER**
Docket No. 26-823

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/27/2026