UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

OLIVER CASEY ESPARZA; PHILLIP NASRALLAH; WILLIAM THOMAS BLOXHAM; ANKIT GUPTA; JAY HARPER; RICHARD LEE; and KATHERINE PENDER, on their own behalf and on behalf of others similarly situated,

Plaintiffs,

v.

CITY OF NEW YORK; JESSICA S. TISCH; POLICE OFFICER KENNEY F. VEGA; POLICE OFFICER JONATHAN A. PESSOA; POLICE OFFICER THOMAS J. KELLER; POLICE OFFICER GIOVANNI P. MARTINO; POLICE OFFICER SHAYE LALL; and JOHN/JANE DOES 1-100,

Defendants.

Case No. 25 Civ. 3815 (DLC)

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, Plaintiffs respectfully request that Lily Sawyer-Kaplan be permitted to withdraw as counsel in the above-captioned matter as a result of her departure from Wang Hecker LLP. Ms. Sawyer-Kaplan's withdrawal will not delay the matter or prejudice any party, and she is not retaining or charging a lien. Wang Hecker LLP will continue to represent Plaintiffs in this matter, including attorneys Mariann Wang, Alexander Goldenberg, and Daniel Mullkoff.

Dated: New York, New York
September 4, 2026

By: /s/ Lily Sawyer-Kaplan
Lily Sawyer-Kaplan